**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALLA GUSSMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  21-1133 |

**ORDER**

**AND NOW**, this 17th day of December 2021, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 12) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall:  (a) explicitly consider the findings of state agency physicians Drs. Mesaro and Ritner and consultative examiner, Dr. Woll; (b) explicitly consider that Plaintiff's degenerative joint disease is medically determinable throughout the sequential evaluation process; and (c) reconsider whether or not Plaintiff can communicate in English.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge